IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLIVE SHADE LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-2069 (LPS) |
| ) | |
| DEPUY SYNTHES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Olive Shade LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: February 25, 2019

Respectfully Submitted,

**DEVLIN LAW FIRM LLC**

*/s/ Timothy Devlin*
Timothy Devlin (#4241)
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**Olive Shade LLC**

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 25, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Timothy Devlin*
Timothy Devlin (#4241)